**Opinion issued April 2, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-01024-CV

———————————

## OLLIE LEWIS, SAM L. LEWIS AND ALL OTHER OCCUPANTS OF 10618 LEITRIM WAY HOUSTON, TX 77047, Appellants

## V.

## FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1055404**

---

## MEMORANDUM OPINION

Appellants, Ollie Lewis, Sam L. Lewis, and all other occupants of 10618

Leitrim Way, Houston, TX 77047, proceeding *pro se*, have neither paid the

required filing fee nor established indigence for purposes of appellate costs. *See*

TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041 (West 2013), § 101.0411 (West Supp. 2014); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). After being notified by the Clerk of this Court on December 30, 2014, and again by this Court's Order on February 12, 2015, that this appeal was subject to dismissal for failure to pay the filing fee, appellants did not timely respond. *See* TEX. R. APP. P. 5, 42.3(c).

Accordingly, we **dismiss** the appeal for nonpayment of all required fees. *See* TEX. R. APP. P. 5, 42.3(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.